## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Marilyn Johnson | ) | Case No: 16 C 144 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| Cook County Sheriff Thomas Dart | ) | |
| | ) | |

## ORDER

For the reasons stated in the attached memorandum opinion and order, defendant's motion to dismiss [51] is granted. Enter Memorandum Opinion and Order. Amended complaint to be filed by 12/16/16. Status hearing set for 12/7/16 is re-set to 1/25/17 at 9:30 a.m.

Date:  10/27/16                                             /s/ Judge John W. Darrah