UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Marilyn Johnson,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16 cv 144 |
| | ) | |
| v. | ) | Judge Robert Gettleman |
| | ) | |
| **Thomas Dart, Cook County Sheriff, et al,** | ) | Magistrate Susan Cox |
| | ) | |
| **Defendants.** | ) | |

**AGREED**
**PLAINTIFF'S MOTION TO MODIFY SUBPOENA**

Now comes Plaintiff, Marilyn Johnson, by and through her attorneys, Irene Dymkar and James L. Bowers, and, pursuant to F.R.Civ.P. 45(d)(3)(A)(iii) and all other applicable rules of practice and procedure, moves this Court to modify the subpoena attached hereto and served on the Medical Records Department of an entity doing business as NEXA at Lake/Ashland. In support hereof, Plaintiff states as follows:

1. This case involves the death of Plaintiff Marilyn Johnson's husband, Norman Johnson, four days after he was incarcerated at Cook County Jail on a minor drug possession charge.

2. Plaintiff has alleged that her husband's death was a result of his adverse reaction to abrupt methadone withdrawal during the period of his incarceration, that the fact that Norman Johnson was not provided with methadone during the period of his incarceration was a result of the deliberate indifference of several employees of Sheriff Thomas Dart and Cook County, and that Norman Johnson's death was proximately caused by widespread deficiencies in the express methadone maintenance program and policy in effect at Cook County Jail. See, *Davis v. Carter*, 452 F. 3d 686 (7th Cir. 2006).

3. Prior to his incarceration, Norman Johnson was enrolled in an accredited methadone maintenance program, through which daily doses of methadone were dispensed at the NEXA clinic. According to the records of the Illinois Secretary of State, the corporate parent/owner of NEXA is Healthcare Alternative Systems, Inc.

4. On June 8, 2018, the undersigned attorney personally served the attached subpoena on NEXA Program Manager Marina Sneed at 210 N. Ashland Avenue, Chicago, Illinois, seeking all medical records relating to Norman Johnson, including methadone dispensation records, in NEXA's possession.

5. On June 11, 2018, the undersigned attorney received a telephone call from Colleen Lennon, Manager of Quality Assurance for Healthcare Alternative Systems, Inc., advising him that, pursuant to HIPAA requirements, the requested records would only be released pursuant to subpoena signed by a Judge, as opposed to an attorney or court clerk.

6. Plaintiff's counsel has advised all defendants' counsel of his intent to bring this motion by email, and there was no objection to the motion being presented as an agreed motion.

7. A copy of this motion and the accompanying notice of motion has been sent to Healthcare Alternative Systems, Inc. on this date by email at the address provided by Colleen Lennon.

WHEREFORE, Plaintiff respectfully requests that this Court modify the attached subpoena by having the same executed by the Judge or Magistrate assigned to this case.

June 21, 2018

James L. Bowers  /s/   James L. Bowers
Attorney for Plaintiff                         James L. Bowers
631 N. Central Avenue
Chicago, IL 60644
312 343-6326