UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARILYN JOHNSON, individually and as Administrator of the Estate of NORMAN JOHNSON, deceased, <br><br> Plaintiff, <br> v. <br><br> Cook County Sheriff THOMAS DART, in his Official Capacity, et al., <br><br> Defendants. | Case No. 16 C 144 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Judge Susan Cox |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT STATEMENT OF UNDISPUTED MATERIAL FACTS, LOCAL RULE 56.1(a)(3)**

**Table of Contents - Plaintiff's Exhibits**

Exhibit 1:   Chicago Police Department CLEAR Arrest Report for Norman Johnson, RD No. HX102364, for arrest of January 3, 2014.

Exhibit 2:   Cook County Sheriff's Office Booking Card for Norman Johnson for booking of January 4, 2014.

Exhibit 3:   Chicago Police Department Criminal History Report for Norman Johnson.

Exhibit 4:   Cermak Health Services of Cook County Policy 01-08G-06, Chemically Dependent Detainee, in effect March 27, 2006.

Exhibit 5:   Cermak Health Services of Cook County Policy G-06, Withdrawal from Alcohol and Other Drugs, in effect August 1, 2010.

Exhibit 6:   Cermak Health Services of Cook County Policy G-06.1, Opioid Treatment Program, in effect July 2, 2012.

Exhibit 7:   Cermak Health Services of Cook County Policy A-10, Mortality Review, in effect April 10, 2017.

Exhibit 8:   Sample Cermak Health Service of Cook County Methadone Referral Form.

Exhibit 9:   United States Department of Justice Civil Rights Division Report as to Cook County Jail, July 11, 2008.

Exhibit 10: *United States v. Cook County, et al.*, 10 CV 2946, Northern District of Illinois, Doc. 3, J. Kennelly Agreed Order of May 13, 2010.

Exhibit 11: *United States v. Cook County, et al.*, 10 CV 2946, Northern District of Illinois, Doc. 255, Monitor Esmaeil Porsa's Report No. 8, May 2014.

Exhibit 12: Capital Project Request Form by Dr. John M. Raba, June 10, 2004.

Exhibit 13: Cook County Department of Corrections Division 2 Officer's Living Unit Log of January 7, 2014.

Exhibit 14: Cook County Health and Hospitals System Medical Records for Norman Johnson, admission date of January 4, 2014.

Exhibit 15: Declaration of Bryan House, signed February 18, 2020.

Exhibit 16: Cook County Sheriff's Office Incident Report, Incident No. 140000242, January 7, 2014.

Exhibit 17: Statement of defendant Uveeda Cade to Investigator D. Sheppard, January 7, 2014.

Exhibit 18: Joint Commission Root Cause Analysis for Norman Johnson of January 17, 2014. To be filed under seal.

Exhibit 19: Expert Report of Dr. Peter V. Madill of July 15, 2019.

Exhibit 20: Expert Report of Dr. Jacqueline Moore of July 15, 2019.

Exhibit 21: Cook County Sheriff Defendants' Answer to Plaintiff's First Request to Admit of July 24, 2018.

Exhibit 22: Cermak Health Services of Cook County Defendants' Answer to Plaintiff's First Request to Admit of July 24, 2018.

Exhibit 23: Defendant Crowley's Answer to Plaintiff's First Request to Admit of July 25, 2018.

Exhibit 24: Defendant Key's Answer to Plaintiff's Interrogatories of January 5, 2017.

Exhibit 25: Defendant Offficer Walter Lewis Jr.'s Answers and Objections to Plaintiff's Interrogatories of September 22, 2017.

| | |
|---|---|
| Exhibit 26: | Transcript of plaintiff Marilyn Johnson's deposition of May 11, 2018. |
| Exhibit 27: | Transcript of witness Joe Lee Jr.'s deposition of January 24, 2019. |
| Exhibit 28: | Transcript of plaintiff's expert witness Dr. Peter V. Madill's deposition of October 8, 2019. |
| Exhibit 29: | Transcript of plaintiff's expert witness Dr. Jacqueline Moore's deposition of September 4, 2019. |
| Exhibit 30: | Transcript of defendant Olufemi Ajala's deposition of April 25, 2019. |
| Exhibit 31: | Transcript of defendant Kim Blackstone's deposition of April 16, 2019. |
| Exhibit 32: | Transcript of defendant Markitha Bolden's deposition of June 6, 2018. |
| Exhibit 33: | Transcript of defendant Uveeda Cade's deposition of October 4, 2017. |
| Exhibit 34: | Transcript of defendant Andrew Crowley's deposition of October 3, 2017. |
| Exhibit 35: | Transcript of witness Michael Horner's deposition of March 25, 2019. |
| Exhibit 36: | Transcript of defendant Dr. Kenya Key's deposition of April 18, 2019. To be filed under seal. |
| Exhibit 37: | Transcript of defendant Percy Kirkwood, Jr.'s deposition of April 25, 2019. |
| Exhibit 38: | Transcript of defendant Walter Lewis, Jr.'s deposition of June 4, 2018. |
| Exhibit 39: | Transcript of defendant Sergio Navarrete's deposition of April 3, 2019. |
| Exhibit 40: | Transcript of defendant Lakesha Palomino's deposition of June 4, 2018. |
| Exhibit 41: | Transcript of witness Frederick Tucker's deposition of June 4, 2018. |
| Exhibit 42: | Transcript of defendant Ventsislava Valchanski's deposition of June 6, 2018. |
| Exhibit 43: | Transcript of defendant Dr. Sunita Williamson's deposition of October 5, 2017. |
| Exhibit 44: | Transcript of defendants' expert witness Dr. David Mathis' deposition of December 6, 2019. |

Exhibit 45:   Transcript of defendants' expert witness Kimberly Pearson's deposition of December 9, 2019.

Exhibit 46:   Transcript of defendant Cade's expert witness Maureen Nally's deposition of December 17, 2019.

Dated: June 1, 2021                                            /s/   James L. Bowers
                                                                                                                        James L. Bowers

## CERTIFICATE OF SERVICE

      I, James L. Bowers, an attorney, certify that on June 1, 2021, a copy of PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT STATEMENT OF UNDISPUTED MATERIAL FACTS, LOCAL RULE 56.1(a)(3) - Table of Contents Plaintiff's Exhibits was served upon the attorneys for defendants named below through the Court's electronic filing system:

| | |
|---|---|
| Katherine C. Morrison | John C. Coyne |
| Terrence M. Burns | Law Offices of John C. Coyne |
| Elizabeth E. Ekl | 53 W. Jackson, Suite 1750 |
| Paul A. Michalik | Chicago, IL 60604 |
| Reiter Burns LLP | |
| 311 S. Wacker Dr., Suite 5200 | |
| Chicago, IL 60606 | |
| | |
| Patrick D. Morris | |
| Lyle K. Henretty | |
| Cook County State's Attorney's Office | |
| 69 W. Washington St., Suite 2030 | |
| Chicago, IL 6060 | |

Dated: June 1, 2021                                            /s/   James L. Bowers
                                                                                                                          James L. Bowers