UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARILYN JOHNSON, individually and as Administrator of the Estate of NORMAN JOHNSON, deceased, ) ) ) ) | Case No. 16 C 144 |
| Plaintiff, ) ) | Judge Robert W. Gettleman |
| v. ) ) | Magistrate Judge Susan Cox |
| Cook County Sheriff THOMAS DART, in his Official Capacity, et al, ) ) ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, MARILYN JOHNSON, individually and as Administrator of the Estate of NORMAN JOHNSON, deceased, by and through her attorneys, James L. Bowers, Irene K. Dymkar, and Shamoyita M. DasGupta, hereby moves this Court for entry of summary judgment on liability only in his favor and against certain defendants as follows:

1. This action was commenced by filing of a complaint under the Civil Rights Act of 1871 (42 U.S.C. § 1983) to redress deprivations of the civil rights of plaintiff's decedent through acts and/or omissions committed under color of law.

2. Plaintiff incorporates the facts as set forth in Plaintiff's Statement of Undisputed Material Facts, Local Rule 56.1(a)(3). She also incorporates the legal argument as set forth in Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment.

3. Plaintiff believes there are disputed issues of fact for four of the twelve individual defendants remaining in this action and, against those four defendants, plaintiff is not moving for summary judgment, but will leave the factual issues to be resolved by the jury.

4. Where plaintiff believes there is no dispute of fact, plaintiff moves for summary judgment on liability only, to wit:

    a. On Count I, violation of plaintiff's Fourteenth Amendment rights for objectively unreasonable medical care, plaintiff, Marilyn Johnson, moves for summary judgment against Lt. SERGIO NAVARETTE, Officer WALTER LEWIS, Nurse UVEEDA CADE, Nurse MARKITHA BOLDEN, Dr. SUNITA WILLIAMSON, Chief Psychologist KENYA KEY, PSYD, Mental Health Specialist VENTSISLAVA VALCHANSKI, and Pharmacist OLUFEMI AJALA.

    b. On Count II, *Monell* claim against Cook County Sheriff THOMAS DART, plaintiff, Marilyn Johnson, moves for summary judgment against Cook County Sheriff THOMAS DART, in his Official Capacity.

    c. On Count III, *Monell* claim against COOK COUNTY, plaintiff, Marilyn Johnson, moves for summary judgment against COOK COUNTY.

WHEREFORE, plaintiff, Marilyn Johnson, individually and as Administrator of the Estate of Norman Johnson, deceased, respectfully request this Court to enter summary judgment in her favor and against defendants as set forth above, and to grant such other relief as this Court deems just and proper.

Dated: June 1, 2021                                                  /s/ James L. Bowers
                                                                                                     James L. Bowers

## CERTIFICATE OF SERVICE

       I, James L. Bowers, an attorney, certify that on June 1, 2021, a copy of PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT was served upon the attorneys for defendants named below through the Court's electronic filing system:

> Katherine C. Morrison
> Terrence M. Burns
> Elizabeth E. Ekl
> Paul A. Michalik
> Reiter Burns LLP
> 311 S. Wacker Dr., Suite 5200
> Chicago, IL 60606
>
> Patrick D. Morris
> Lyle K. Henretty
> Cook County State's Attorney's Office
> 69 W. Washington St., Suite 2030
> Chicago, IL 60602
>
> John C. Coyne
> 53 West Jackson Blvd., Suite 1750
> Chicago, IL 60604

Dated: June 1, 2021                                                                             /s/ James L. Bowers
                                                                                                                     James L. Bowers