**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARILYN JOHNSON, individually and as** | ) | |
| **Administrator of the Estate of NORMAN** | ) | |
| **JOHNSON, deceased,** | ) | **Case No. 16 C 144** |
| **Plaintiff,** | ) | |
| **v.** | ) | **Judge Steven C. Seeger** |
| | ) | |
| **Cook County Sheriff THOMAS DART,** | ) | **Magistrate Judge Susan Cox** |
| **in his Official Capacity, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's order of March 1, 2023 (Doc. 347), the parties state as follows:

The Settlement Agreement in this case was submitted to the Cook County Board of Commissioners Litigation Subcommittee for approval, and was approved on March 14, 2023. Thereafter, the Settlement Agreement was signed by defense counsel representing Cook County and Cook County defendants.

After a long delay during which the grandmother of minor heir, Shakoria Simmons, sought appointment as guardian of the person and property of Shakoria from the Circuit Court Probate Division, the appointment was made on June 15, 2023. Thereafter, papers were completed and submitted for review and action by the Cook County Board's Finance Committee at its July 19, 2023, meeting.

On July 19, 2023 the Cook County Board's Finance Committee approved the settlement. The settlement check was obtained by plaintiff's counsel from the Cook County State's Attorney's Office on July 24, 2023, and is awaiting bank clearance in plaintiff's counsel's attorney trust account.

Plaintiff's counsel is diligently trying to resolve the remaining issues concerning distribution and the payment of attorneys' fees and expenses, which may require this Court's assistance.

Plaintiff asks that this matter be continued for 21 days in order for the remaining work to be completed.

Dated: July 26, 2023

/s/    Irene K. Dymkar
Irene K. Dymkar

Irene K. Dymkar
Shamoyita M. DasGupta
*Attorneys for Plaintiff*
Law Offices of Irene K. Dymkar
53 W. Jackson Suite 733
Chicago, IL 60604
(312) 345-0123

James L. Bowers
Attorney at Law
*Attorney for Plaintiff*
631 N. Central Avenue
Chicago, IL 60644
(312) 343-6326

/s/    Katherine C. Morrison
Katherine C. Morrison

Katherine C. Morrison
Terrence M. Burns
Elizabeth A. Ekl
*Attorneys for Cook County Defendants*
*Williamson, Key, Valchanski, Blackstone,*
*Navarrete, Lewis, and Cook County*
Reiter Burns LLP
311 S. Wacker Drive, Suite 5200
Chicago, IL 60606
(312) 982-0090

/s/ Lyle Henretty
Lyle Henretty

*Attorney for Cook County Defendant Crowley*
Assistant State's Attorney
Conflict Counsel Unit
50 W. Washington, Suite 2760
Chicago, IL 60602
(312) 603-1426

/s/ John C. Coyne
John C. Coyne

*Attorney for Cook County Defendant Cade*
Law Offices of John C. Coyne
53 W. Jackson, Suite 1750
Chicago, IL 60604
(312) 929-4308

2